## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAURIE WOERPEL,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:17-cv-00728-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## NOTICE OF SETTLEMENT

Defendant, Credit Services, Inc. ("Defendant"), by and through undersigned counsel, hereby informs the court that a settlement of this matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days. Defendant therefore requests that this Honorable Court vacate all dates currently set on calendar for this matter.

Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
2723 S. State St., Ste. 150
Ann Arbor, MI 48104
(734) 222-5179

Dated: March 12, 2018         charity.olson@brockandscott.com

## CERTIFICATE OF SERVICE

I, Charity A. Olson, hereby state that on March 12, 2018, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**