# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAURIE WOERPEL,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:17-cv-00728-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS

Plaintiff Laurie Woerpel and Defendant Credit Services, Inc., through their undersigned attorneys of record, being all of the parties who have appeared in this action, stipulate to the immediate dismissal of this lawsuit as to all parties and with prejudice and without attorney's fees or costs to either party.

Dated: May 10, 2018

| | |
|---|---|
| /s/B. Thomas Golden<br>B. Thomas Golden (P70822)<br>Golden Law Offices, P.C.<br>318 E. Main Street, Suite L<br>Lowell, MI 49331<br>Tel: (616) 897-2900<br>btg@bthomasgolden.com | /s/ Charity A. Olson<br>Charity A. Olson (P68295)<br>**BROCK & SCOTT, PLLC**<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>(734) 222-5179<br>charity.olson@brockandscott.com |