# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LAURIE WOERPEL,<br><br>    Plaintiff,<br><br>v.<br><br>CREDIT SERVICES, INC.,<br><br>    Defendant. | Case No.: 1:17-cv-00728-JTN-ESC<br>Hon. Judge Janet T. Neff<br>Magistrate Judge Ellen S. Carmody |

## ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the Stipulation between Plaintiff Laurie Woerpel and Defendant Credit Services, Inc. (ECF No. 26), Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated:   May 11, 2018

/s/ Janet T. Neff
Hon. Janet T. Neff
United States District Court
Western District of Michigan